Howard Cotterman 30367208
Federal Correctional Institution-Sheridan
Post Office Box 5000
Sheridan, Oregon 97378-5000
January 30, 2017

Thomas G. Bruton, Clerk
United States District Court
20th Floor
219 South Dearborn Street
Chicago, IL 60604
RE: Case Number 17 CV 58

**FILED**

FEB 06 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Mr. Bruton,

    This is in answer to Plaintiff's Complaint, Case Number 17 CV 58, served on me at FCI Sheridan on January 19, 2017.

    Please excuse any flaws in formality. I am currently without legal representation due to the sudden death last month of my attorney, Stanton Bloom, shortly after he filed the Section 2255 Petition referenced in the enclosed Motion. I have identified and contacted numerous potential attorneys for representation in the Chicago area, but the constrained communication process is slow. With my answer deadline so close, I am proceeding pro se with inmate help and the limited legal references at the FCI, while continuing to seek representation for this case and the pending Section 2255 Petition.

    The Plaintiff's Complaint contains significant errors and is based on outcomes for which reliefs are being sought in the 2255 Petition now pending in the United States District Court of Arizona. If a Stay under Section 3509(k) doesn't apply, please grant a delay of at least 180 days to allow me to identify and retain Illinois counsel, and for counsel to complete an investigation and the discovery necessary for a response.

Respectfully,

*Howard Cotterman*
Howard Cotterman

Enclosures: Motion and Certificate of Service

Copies sent to:

Honorable John J. Tharp, Jr., Judge; Honorable Sheila M. Finnegan, Magistrate Judge
United States District Court, Northern District of Illinois
219 South Dearborn Street, 20th Floor
Chicago, Illinois 60604

Julie B. Porter
Salvatore Prescott & Porter, PLLC
1010 Davis Street
Evanston, IL 60201

Howard Cotterman [reg #]
Federal Correctional Inst. - Sheridan
P.O. Box 5000
Sheridan, OR 97378-5000



PORTLAND OR 970
02 FEB 2017 PM 4L

RECEIVED
FEB 06 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



02/06/2017-49

2017 FEB -6 PM 2:37

⇔30367-208⇔
Honorable John J Tharp Jr
U.S. District Court
219 S Dearborn ST
20th Floor
Chicago, IL 60604
United States

FEDERAL CORRECTIONAL INSTITUTION
27072 BALLSTON ROAD
P.O. BOX 8000
SHERIDAN, OR. 97378-5000
DATE: 2-1-17
"SPECIAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

60604-189420

LEGAL MAIL



Howard Cotterman 30367208
Federal Correctional Inst.- Sheridan
P.O Box 5000
Sheridan, OR 97378-5000

PORTLAND OR 970

01 FEB 2017 PM 6 L

2017 FEB -6 PM 2: 23

⇔30367-208⇔
Honorable Sheila M Finnegan
M.Judge US District Court
219 S Dearborn ST
20th Floor
Chicago, IL 60604
United States

RECEIVED

FEB 06 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

02/06/2017-45

60604-189420

LEGAL MAIL

