Howard Cotterman 30367208
Federal Correctional Institution-Sheridan
Post Office Box 5000
Sheridan, Oregon 97378-5000
February 2, 2017

Thomas G. Bruton, Clerk
United States District Court
20th Floor
219 South Dearborn Street
Chicago, IL 60604
RE: Case Number 17 CV 58

**FILED**

**FEB 10 2017**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Mr. Bruton,

   Today I received a response from the Arizona District Court to the Section 2255 Petition filed by my attorney (now deceased) in Arizona District Court. I now respectfully "Move" this Honorable Court to "Take Judicial Notice" of the Civil Case Number, which is 416-cv-00667, pursuant to Federal Rules of Evidence 201, regarding the Motion for a Stay or Continuance submitted on January 30, 2017. Please also note that, in the interest of not exhausting the avenues of appeal prior to the Section 2255 Motion, we did not request en banc review of the limited interlocutory appeal nor did we request Certiorari.

Respectfully,

/s/ Howard Cotterman
Howard Cotterman

## CERTIFICATE OF SERVICE

I, Howard Cotterman, certify that on February 2, 2017, I mailed a true and correct copy of this letter by placement in the Institution's Legal Mail in front of the Unit Officer, in properly-addressed envelopes with first class postage duly paid and affixed to the envelopes addressed to Mr. Bruton, the addressee above, and to:

Honorable John J. Tharp, Jr., Judge
United States District Court
20th Floor
219 South Dearborn Street
Chicago, IL 60604

Honorable Sheila M. Finnegan, Magistrate Judge
United States District Court
20th Floor
219 South Dearborn Street
Chicago, IL 60604

Julie B. Porter
Salvatore Prescott & Porter
1010 Davis Street
Evanston, IL 60201

I declare under penalty of perjury that all of the statements made in this Certificate of Service are true and correct.

/s/ Howard Cotterman      Feb 2, 2017
Howard Wesley Cotterman, declarant/certifier    date signed

Howard Cotterman
Federal Correctional Inst.- Sheridan
P.O. Box 5000
Sheridan, OR 97378-5000

PORTLAND OR 970

05 FEB 2017 PM 3 L



USA FOREVER 2016

2017 FEB 10 AM 11:20 TM

⇔30367-208⇔
Thomas G Bruton
Clerk, US District Court
219 S Dearborn ST
20th Floor
Chicago, IL 60604
United States

CLERK
DISTRICT COURT



02/10/2017-24

LEGAL MAIL

60604-189420

