Howard Cotterman 30367208
Federal Correctional Institution-Sheridan
Post Office Box 5000
Sheridan, Oregon 97378-5000
March 10, 2017

Thomas G. Bruton, Clerk
United States District Court
20th Floor
219 South Dearborn Street
Chicago, Illinois 60604
RE: Case Number 17 CV 58



FILED

MAR 16 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Mr. Bruton,

This is to follow up on my January 30, 2017 Motion and my letter regarding a Stay on February 2, 2017. The only thing I have received from the court is confirmation that my letters were received on February 10 and 16, respectively. I did receive a letter from the plaintiff's counsel dated January 26, but it arrived after the first scheduled events had passed.

Regarding the status of my legal representation, I'm making all reasonable efforts to obtain legal representation, including personal referrals, referral sites, and the Chicago Bar. I'm not able to make calls or send emails until the contact is approved by the BOP communication system and by the intended recipient. So my family has made most of the connections. But it is slow and imprecise. For example, the Chicago Bar categories are not very relevant and have not yielded anyone interested in the case. We have contacted fourteen attorneys among some fifty candidates from various sources. Follow-up letters through the prison mail take two weeks to turn around. Legal Mail takes longer. My phone access is very restricted and limited to 300 minutes per month (119 minutes remaining at this date).

This letter is to request that, in the meantime, the court respond to my request for a delay or Stay and notify me of scheduled events or any other pertinent information.

Respectfully,

Howard Cotterman

### CERTIFICATE OF SERVICE

I, Howard Cotterman, certify that on March 12, 2017, I mailed a true and correct copy of this letter by placement in the Institution's Legal Mail in the presence of the Unit Officer, in a properly-addressed envelope with first class postage duly paid and affixed to the envelope addressed to Mr. Bruton, the addressee above.

I declare under penalty of perjury that all of the statements made in this Certificate of Service are true and correct,

_Howard Cotterman_       March 12, 2017
Howard Wesley Cotterman, declarant/certifier    date signed

Howard Cotterman 30367-208
Federal Correctional Institution - Sheridan
P.O. Box 5000
Sheridan, OR. 97378-5000

PORTLAND OR 970

13 MAR 2017 PM 5 L

USA FOREVER

2017 MAR 16 PM 12:00

CLERK
U.S. DISTRICT CO...


03/16/2017-54

⇔30367-208⇔
Thomas G Bruton
Clerk, US District Court
219 S Dearborn ST
20th Floor
Chicago, IL 60604
United States

LEGAL MAIL

60604-189420